# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-8688 CAS (FFMx) | Date | November 30, 2011 |
|---|---|---|---|
| Title | *AMY MORGAN v. A & S COLLECTION ASSOCIATES, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, United States District Judge |
|---|---|

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         (IN CHAMBERS) ORDER TO SHOW CAUSE

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff (s) to show cause in writing no later than **DECEMBER 15, 2011** why this action should not be dismissed as to all defendants for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

**XX       PLAINTIFF'S FILING OF A PROPER MOTION FOR ENTRY OF <u>DEFAULT JUDGMENT</u>, OR REQUEST TO THE CLERK TO ENTER <u>DEFAULT JUDGMENT.</u>**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SMOM | |